FILED
CLERK, U.S. DISTRICT COURT

MAY 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HERNANDEZ, | Case No. CV 07-4586-CAS (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| I.D. CLAY, Warden, | |
| Respondent. | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 5/22/08

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE